No. 98.   UNITED STATES *v.* FLEISCHMAN, *ante,* p. 349; and

No. 99.   UNITED STATES *v.* BRYAN, *ante,* p. 323.   Rehearing denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 309.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ETC. UNION, LOCAL 309, ET AL. *v.* HANKE ET AL., DOING BUSINESS AS ATLAS AUTO REBUILD; and

No. 364.   AUTOMOBILE DRIVERS & DEMONSTRATORS LOCAL UNION No. 882 ET AL. *v.* CLINE, *ante,* p. 470.   Rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 449.   BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 262, ET AL. *v.* GAZZAM, *ante,* p. 532. Rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 542.   DUNCAN COFFEE Co. *v.* RECONSTRUCTION FINANCE CORPORATION, *ante,* p. 947.   Rehearing denied.

No. 621.   WADE ET AL. *v.* MICHIGAN, *ante,* p. 954; and

No. 691.   BROWN *v.* ROYALL, SECRETARY OF THE ARMY, ET AL., *ante,* p. 952.   Rehearing denied.

Nos. 695 and 696.   HANDWORK ET AL., TRUSTEES, *v.* YOUNG, TRUSTEE IN BANKRUPTCY, *ante,* p. 949.   Rehearing denied.